```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
SIRE SPIRITS, LLC,                                                     :
                                                                       :
                              Petitioner,                              :
                                                                       :          21 Civ. 7343 (JPC)
              -v-                                                      :
                                                                       :              ORDER
MITCHELL GREEN,                                                        :
                                                                       :
                              Respondent.                              :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On April 4, 2023, the Court ordered Respondent to file a status letter by October 4, 2023, advising the Court as to the status of the stay in this action under 11 U.S.C. § 362(a)(2). Dkt. As of the time of this Order, Respondent has failed to file any letter. Accordingly, it is hereby ordered that Respondent shall file the previously ordered letter by October 13, 2023.

SO ORDERED.

Dated: October 10, 2023
       New York, New York

_____
JOHN P. CRONAN
United States District Judge